**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,   :   No. 180 MM 2020

             Respondent         :

                   v.         :

RICHARD WALLACE COMO,        :

             Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 9th day of March, 2021, the "Unopposed Application to Exceed Word[-]Count Limit" is DENIED.  Counsel is ORDERED to file a compliant Petition for Allowance of Appeal within 30 days.